UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY EDWARDS, #322087

    Plaintiff,

vs.                                    CIVIL NO:06-14390

CITY OF DETROIT POLICE DEPT.,
SHAWN STALLARD, MICAH HALL,
JOHN BOYLE                      HONORABLE MARIANNE O. BATTANI
                                                HONORABLE STEVEN D. PEPE
    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY (DKT. #36)
AND
ORDER DENYING PLAINTIFF'S MOTION FOR
JOINDER OF PLAINTIFFS (DKT. #40)**

On June 29, 2007, Plaintiff filed his motion for an order compelling discovery (Dkt. #36). He also filed a July 23, 2007, motion seeking joinder of additional plaintiffs (Dkt. #40). All pre-trial matters were referred to the undersigned (Dkt. #14). The Court has received a signed letter from Plaintiff dated August 7, 2007, indicating that he spoke with defense counsel on August 6, 2007, and has chosen to accept the settlement offer made by the Defendants. It is anticipated that a stipulated dismissal with prejudice will follow.

Therefore, Plaintiff's motion to compel discovery (Dkt. #36) and his motion for joinder are rendered moot (Dkt. #40). Accordingly, it is **ORDERED** that Plaintiff's motions are **DENIED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within ten (10) days of service of a copy hereof as provided for in 28 U.S.C. §

636(b)(1), Fed. R. Civ. P. 72(b) and LR 72.1(d). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon the Magistrate Judge.

**SO ORDERED.**

Dated**:** August 31, 2007  
Ann Arbor, MI

s/ Steven D. Pepe  
United States Magistrate Judge

### CERTIFICATE OF SERVICE

This is to certify that on August 31, 2007 , I electronically filed the foregoing Scheduling Order with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties: Jacob Schwarzberg, Esq., and I hereby certify that I have mailed a copy of the Scheduling Order to the following non-ECF parties: Anthony Edwards #322087, #322087, Mound Correctional Facility, 17601 Mound Rd., Detroit, MI 48212

s/ James P. Peltier  
James P. Peltier  
Courtroom Deputy Clerk  
U.S. District Court  
600 Church St.  
Flint, MI 48502  
810-341-7850  
pete_peltier@mied.uscourts.gov